HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ANGELA BROWN

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ANGELA BROWN,<br><br>                              Defendant. | CASE NO.  2:25-CR-00041-DAD<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>DATE: January 12, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Defendant Angela Brown, by and through her counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on January 12, 2026.

2.      By this stipulation, defendant now moves to continue the sentencing until February 2, 2026 at 9:30 a.m.  As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Counsel for defendant recently returned from extended medical leave and requires additional time to meet with her client and gather supporting documents related to United States Probation's presentence investigation report and her mitigation arguments at sentencing.

        b)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into

1    account the exercise of due diligence.

2              c)       The government does not object to the continuance.

3              d)       Based on a new sentencing date of February 2, 2026, the PSR-related deadlines

4    would be as follows:

5

6        Draft PSR:                                    December 22, 2025
         Informal Objections:                          January 5, 2026
7        Final PSR:                                    January 12, 2026
         Formal Objections:                            January 20, 2026
8        Reply/Statement of Non-opposition:            January 26, 2026

9

10   IT IS SO STIPULATED.

11                                                     Respectfully submitted,

12

13                                                     HEATHER E. WILLIAMS
                                                       Federal Defender
14   Dated: December 2, 2025                           */s/ Meghan D. McLoughlin*
15                                                     MEGHAN D. McLOUGHLIN
                                                       Assistant Federal Defender
16                                                     Counsel for Defendant
                                                       ANGELA BROWN
17
     Dated: December 2, 2025                           */s/ Zulkar Khan*
18                                                     ZULKAR KHAN
                                                       Assistant United States Attorney
19

20                              **FINDINGS AND ORDER**

21

22          Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing

23   previously scheduled for January 12, 2026, is continued to February 2, 2026 at 9:30 a.m. before the

24   undersigned and the presentence report related filing dates proposed by the parties are adopted.

25          IT IS SO ORDERED.

26   Dated:   __**December 2, 2025**__              _____
                                                   DALE A. DROZD
27                                                 UNITED STATES DISTRICT JUDGE

28