HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ANGELA BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ANGELA BROWN,<br><br>                    Defendant. | CASE NO.  2:25-CR-00041-DAD<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>DATE: February 2, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant Angela Brown, by and through her counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 2, 2026.

2. By this stipulation, defendant now moves to continue the sentencing until March 2, 2026 at 9:30 a.m.  As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

    a) In December 2025, Ms. Brown was arrested by state authorities and remains detained in Contra Costa County.  Her next court date is mid-January 2026.

    b) The requested date is based on the assumption that Ms. Brown will be released from custody in mid-January and would allow defense counsel to meet all sentencing-related deadlines.

c) The government does not object to the continuance.

d) Based on a new sentencing date of March 2, 2026, the PSR-related deadlines would be as follows:

| | |
|---|---|
| Informal Objections: | February 2, 2026 |
| Final PSR: | February 9, 2026 |
| Formal Objections: | February 16, 2026 |
| Reply/Statement of Non-opposition: | February 23, 2026 |

IT IS SO STIPULATED.

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

Dated: December 22, 2025    */s/ Meghan D. McLoughlin*
    MEGHAN D. McLOUGHLIN
    Assistant Federal Defender
    Counsel for Defendant
    ANGELA BROWN

Dated: December 22, 2025    */s/ Zulkar Khan*
    ZULKAR KHAN
    Assistant United States Attorney

## FINDINGS AND ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for February 2, 2026, is continued to March 2, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **December 22, 2025**    _____
    DALE A. DROZD
    UNITED STATES DISTRICT JUDGE