HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ANGELA BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA BROWN,<br><br>Defendant. | CASE NO.  2:25-CR-00041-DAD<br><br>STIPULATION TO VACATE SENTENCING AND SET STATUS OF SENTENCING; ORDER<br><br>DATE: March 2, 2026,<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant Angela Brown, by and through her counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on March 2, 2026,.

2.      By this stipulation, defendant now moves to vacate the sentencing hearing and set a status of sentencing for April 27, 2026, at 9:30 a.m.  As a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      In December 2025, Ms. Brown was arrested by state authorities and remains detained in Contra Costa County.  Her next court date is February 17, 2026.

b)      At this point, it is unclear whether or when Ms. Brown will be released from state custody, or otherwise be in federal custody.  As a result, the parties now request that the sentencing hearing be vacated to allow for state matters to develop and to determine how best to

BROWN: STIPULATION TO VACATE SENTENCING AND
SET STATUS OF SENTENCING

1

proceed in this case.  In its place, the parties request that the Court set a status of sentencing in order to keep the matter on the Court's calendar, without imposing sentencing-related deadlines that cannot be met.

c)       The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 13, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Counsel for Defendant
ANGELA BROWN

Dated: February 13, 2026

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant United States Attorney

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for March 2, 2026, is vacated and the case is continued to April 27, 2026, at 9:30 a.m. for a status conference as to sentencing.

IT IS SO ORDERED.

Dated:   **February 17, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE