ERIC GRANT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00041-DAD |
| Plaintiff, | STIPULATION TO VACATE SENTENCING AND SET STATUS OF SENTENCING; ORDER |
| v. | DATE: April 27, 2026 |
| ANGELA BROWN, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on sentencing on April 27, 2026.

2. By this stipulation, defendant now moves to vacate the status conference on sentencing for a status on sentencing on July 27, 2026, as a control date. As a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required. The parties agree and stipulate, and request that the Court find the following:

a) The defendant was arrested in December 2025 by state authorities for a probation violation and a new criminal charge and remains detained in Contra Costa County. Her next court date is April 24, 2026. The government will seek to writ the defendant over to federal

STIPULATION

1

custody after completion of state court proceedings.  As a result, the parties now request that sentencing be continued to allow for state matters to develop.

b)      The defendant does not object to the continuance.

IT IS SO STIPULATED.

Dated:  April 22, 2026

ERIC GRANT
United States Attorney

/s/ ZULKAR KHAN
ZULKAR KHAN
Assistant United States Attorney

Dated:  April 22, 2026

/s/ MEGHAN D. MCLOUGHLIN
MEGHAN D. MCLOUGHLIN
Counsel for Defendant
Angela Brown

**ORDER**

IT IS SO ORDERED.

Dated:   **April 22, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION

2