HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ANGELA BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANGELA BROWN,<br>Defendant. | CASE NO. 2:25-CR-00041-DAD<br><br>STIPULATION TO CONTINUE STATUS OF SENTENCING; ORDER<br><br>DATE: July 27, 2026,<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant Angela Brown, by and through her counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status of sentencing on July 27, 2026,.

2. By this stipulation, defendant now moves to continue the status of sentencing until October 5, 2026 at 9:30 a.m. As a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

a) Ms. Brown was arrested in December 2025 by state authorities for a probation violation and a new criminal charge, both of which remain pending. Ms. Brown is currently in state custody in Contra Costa County.

b) The government intends to seek a writ to transfer Ms. Brown to federal custody

once the state matters are resolved.

c) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 22, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Counsel for Defendant
ANGELA BROWN

ERIC GRANT
United States Attorney

Dated: July 22, 2026

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant United States Attorney

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status of sentencing hearing scheduled for July 27, 2026, is continued to October 5, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **July 22, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE